# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT MARTIN, : | |
| : | Case No. 2:94-cv-1198 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Jolson |
| BUSTAMONTE, *et al.*, : | |
| : | |
| Defendants. : | |

## OPINION AND ORDER

This matter is before the Court on Plaintiff Robert Martin's Motion for Reconsideration. (ECF No. 18). The Court observes once again that Mr. Martin may not seek habeas relief through a long-closed civil case. The Motion is therefore **DENIED**, and the matter remains **CLOSED**.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
JUDGE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT

**DATED: September 5, 2018**